# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

--------------------------------------------------------

ELAINE WANG,                   :
                                :

          Plaintiff,         :    Case No. 1:19-cv-00479-CFC

                                  :

v.                               :    **JURY TRIAL DEMANDED**

                                  :

SPARK THERAPEUTICS, INC.,  STEVEN    :
ALTSCHULER, LARS EKMAN,           :
KATHERINE HIGH, JEFFREY D.        :
MARAZZO, ANAND MEHRA, VIN       :
MILANO, ROBERT J. PEREZ, ELLIOT    :
SIGAL, and LOTA ZOTH,             :

                                  :

         Defendants.       :

--------------------------------------------------------

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

      PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Elaine

Wang ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action")

without prejudice.  Defendants have filed neither an answer nor a motion for summary judgment

in the Action, and no class has been certified.

Dated: September 5, 2019                 **RIGRODSKY & LONG, P.A.**

                           By:   */s/ Brian D. Long*
                                    Brian D. Long (#4347)
                                    Gina M. Serra (#5387)
                                    300 Delaware Avenue, Suite 1220
**OF COUNSEL:**                       Wilmington, DE 19801
                                    Telephone: (302) 295-5310
**WOLF HALDENSTEIN ADLER**      Facsimile: (302) 654-7530
**FREEMAN & HERZ LLP**            Email: bdl@rl-legal.com
Gloria Kui Melwani               Email: gms@rl-legal.com
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600         *Attorneys for Plaintiff*
Facsimile: (212) 686-0114
Email: melwani@whafh.com